UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                    Case Number: 12-31131 GMB

Debtor: Marvin E. Norman

| Check Number | Creditor | Amount |
|---|---|---|
| 1831156 | PHH Mortgage Corporation | 1934.07 |

*/s/ Isabel C. Balboa*
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:  January 10, 2014